# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2017

Stephen J. Markman,
Chief Justice

154392

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

DELIAH SARAFA,
          Plaintiff-Appellant,

v

SHIRI LEVI, M.D., GARY TALPOS, M.D.,
MOZEN HARAKE, M.D., and HENRY FORD
HEALTH SYSTEM, doing business as
HENRY FORD  HOSPITAL,
          Defendants-Appellees.
_____/

SC: 154392
COA: 324636
Wayne CC: 13-013340-NH

On order of the Court, the application for leave to appeal the August 2, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2017

a0619



Clerk